UNITED STATES FEDERAL COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| CHRISTINE BEAN, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. |
| | ) | |
| v. | ) | |
| | ) | |
| WAL-MART STORES, INC. | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**NOTICE OF REMOVAL**

PLEASE TAKE NOTICE THAT Defendant Wal-Mart Stores East, L.P. ("Defendant")[1] hereby gives notice of the removal to this Court, pursuant to 28 U.S.C. §§ 1331, 1332 and 1441 and Rule 81(c) of the Federal Rules of Civil Procedure, of the above-captioned matter now pending in the Maine Superior Court, Androscoggin County, Docket No. AUBSC-CV-2016-126 (the "Action"). As grounds for removal, Defendant states:

1. Plaintiff Christine Bean ("Plaintiff") commenced this suit, which alleges various federal and state law civil rights violations, by filing a Complaint in the Superior Court, Androscoggin County, on or about September 30, 2016 (the "Complaint"). A copy of the Complaint and Summons is attached hereto as **_Exhibit A_**.

2. On or about December 2, 2016, Defendant was served with the Summons and Complaint in this action.

3. In Paragraph 15 of the Complaint, Plaintiff alleges that she was a person within a protected class (female) within the meaning of Title VII and the Maine Human Rights Act. In

---

[1] Plaintiff improperly identifies "Wal-Mart Stores, Inc." as the Defendant in this matter. The appropriate Defendant in this matter is Wal-Mart Stores East, L.P., and asks that all pleadings and court documents reflect Defendant's correct name. Until the identity of the appropriate party is clarified, undersigned counsel is representing the correct Defendant.

1

Paragraphs 1, 18, and 29 of the Complaint, Plaintiff also alleges that Defendant discriminated and retaliated against her in violation of the Title VII and Maine Human Rights Act.

4. Under 28 U.S.C. § 1331, this Court has original jurisdiction over this matter, it being an action which asserts a federal question and claims under 5 M.R.S.A. § 4551 *et seq* and 42 U.S.C. § 2000 *et seq.*

5. Wal-Mart Stores, Inc. is a Delaware Corporation with a principal place of business located in Bentonville, Arkansas.

6. On information and belief, Plaintiff is an adult individual who resides in Androscoggin County, Maine.

7. The Complaint seeks judgment and monetary damages against Defendant, and includes a request for compensatory damages, punitive damages, civil penal damages, expert witness fees, attorney's fees and costs, and other relief. Although Plaintiff does not make a demand for a specific amount of monetary damages against Defendant in her *ad damnum* clause, on information and belief, it is likely the amount of damages sought by Plaintiff exceed $75,000.

8. Under 28 U.S.C. § 1332(a)(1) & (c), this Court has original jurisdiction over this matter because, upon information and belief, it is likely the amount in controversy exceeds $75,000 and the parties are completely diverse: (a) Plaintiff is a citizen of the state of Maine; and (b) Defendant is incorporated in Delaware with a principal place of business in Arkansas.

9. This Court having diversity jurisdiction in this matter under 28 U.S.C. §§1441(a) and 1441(b), respectively, Defendant may remove this action by giving notice thereof to all adverse parties and by filing a copy of this Notice with the Clerk of Court for the Maine Superior Court, Androscoggin County.

10. This Notice is timely, it being filed within the thirty (30) days required under 28

U.S.C. §1446(b) after receipt by Defendant, by service or otherwise, of the Complaint or initial pleading, Defendant having been served with the Summons and Complaint on December 2, 2016.

11.     Pursuant to 28 U.S.C. §1446(d), Defendant this same day is filing a copy of this Notice of Removal with the Maine Superior Court, Androscoggin County, and sending a copy to counsel for the Plaintiff.

**WHEREFORE,** Defendant Wal-Mart Stores East, L.P. requests that the action now pending against it in the Maine Superior Court, Androscoggin County, Docket No. AUBSC-CV-2016-126, be removed to the United States District Court for the District of Maine.

DATED at Portland, Maine this 21st day of December 2016.

*/s/ Matthew Tarasevich, Esq.*
Matthew Tarasevich, Esq. (Bar No.8064)
Kelsey Wilcox Libby, Esq (Bar No.4863)
BERNSTEIN SHUR
100 Middle Street, P.O. Box 9729
Portland, Maine  04104-5029
(207) 774-1200
mtarasevich@bernsteinshur.com
klibby@bernsteinshur.com


Attorneys for Defendant Wal-Mart Stores East, L.P.

3

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

**CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of December 2016, I electronically filed

***Defendant's Notice of Removal*** with the Clerk of the Court using the CM/ECF system which

will send notification of such filings(s) to the following:

Stephen J. Sucy, Esq.
LAW OFFICE OF STEPHEN J. SUCY
190 Bates Street
Lewiston, ME  04240

/s/ Matthew Tarasevich, Esq.
Matthew Tarasevich, Esq. (Bar No.8064)
Kelsey Wilcox Libby, Esq (Bar No.4863)
BERNSTEIN SHUR
100 Middle Street, P.O. Box 9729
Portland, Maine  04104-5029
(207) 774-1200
mtarasevich@bernsteinshur.com
klibby@bernsteinshur.com

Attorneys for Defendant Wal-Mart Stores East, L.P.

4